ble for the goods, and the weakness of the defendant's explanation of these circumstances, lead to a reversal of the judgment and the ordering of a new trial. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

MINICH, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Sadie E. Minich against the International Railway Company. No opinion. Motion denied, with $10 costs, upon the ground that the motion is prematurely made.

MITCHELL, Respondent, v. PLANCK, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Robert M. Mitchell against Jay A. Planck. No opinion. Judgment and order unanimously affirmed, with costs.

MONROE et al. v. VON LUMM et al. (Supreme Court, Appellate Term, First Department. June 18, 1914.) Appeal from Municipal Court, Borough of Manhattan, Third District. Action by Robert Monroe and another against Frederick Von Lumm and another. From a judgment for defendants, plaintiffs appeal. Reversed, and judgment directed for plaintiffs. Mark Nave, of New York City, for appellants. James I. Moore, of New York City, for respondents.

PER CURIAM. The plaintiffs proved a sale of flowers to the defendant Von Lumm, who concededly never paid for them. Judgment in favor of the defendants reversed, and judgment directed for the plaintiffs for $4.80, with appropriate costs in the court below, with $5 costs to appellants.

MOORE & EVANS, Respondent, v. VAN PRAAG, Appellant. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Moore & Evans against John Van Praag. J. A. Lazaroe, of New York City, for appellant. T. F. Walsh, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1128.

MOREY et al. v. SCHUSTER et al. (Supreme Court, Appellate Division, Fourth Department. May 29, 1914.) Action by Norris Morey and others against Caspar Schuster and others.

PER CURIAM. Motion of defendant Chamberlain for modification of order of reversal entered December 23, 1913 (159 App. Div. 602, 145 N. Y. Supp. 258), so as to provide that he be excepted from the operation thereof and in no manner affected thereby, denied, without costs, upon the ground that the record on appeal does not show that the defendant Chamberlain was entitled to be heard thereon in this court. If notice of motion for judgment on the pleadings made at Special Term should have been given to him, it does not appear that his rights have been prejudiced or in any way affected by the result of that application. See, also, 146 N. Y. Supp. 1101.

MORGAN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by John H. Morgan against the City of New York. No opinion. Order affirmed, with $10 costs and disbursements.

In re MORISON. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) In the matter of the application of Mary Morison to have real property of John McAdam, deceased, sold to pay the debts of said decedent. No opinion. Order of Surrogate's Court of Kings County affirmed, with costs and disbursements. Code Civ. Proc. § 3243.

MORRELL, Respondent, v. RICHARDS & GASTON, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by George W. Morrell against Richards & Gaston, Incorporated. No opinion. Judgment and order unanimously affirmed, with costs. Leave to appeal to Court of Appeals denied, 148 N. Y. Supp. 1131.

MORRELL, Respondent, v. RICHARDS & GASTON, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by George W. Morrell against Richards & Gaston, Incorporated. No opinion. For former decision, see 148 N. Y. Supp. 1131. Motion for leave to appeal to the Court of Appeals denied.

MORRIS, Appellant, v. WINDSOR TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Robert C. Morris, as trustee in bankruptcy, etc., against the Windsor Trust Company. H. F. Parmelee, of New York City, for appellant. T. F. Gilroy, Jr., of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to withdraw demurrer and to reply on payment of costs in this court and in the court below. Order filed. Questions certified to Court of Appeals in 148 N. Y. Supp. 1131.

INGRAHAM, P. J., and CLARKE, J., dissent, as being controlled by the case of Hanover Nat. Bank v. Suddath, 30 Sup. Ct. 63, 215 U. S. 122, 54 L. Ed. 120.

MORRIS v. WINDSOR TRUST CO. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Robert C. Morris, as trustee, etc., against the Windsor Trust Company. No opinion. Motion granted. Questions certified. Order filed. For former decision, see 148 N. Y. Supp. 1131.

MORRISON, Respondent, v. BURCHELL, Appellant, two cases. (Supreme Court, Appellate Division, Second Department. July 31,